**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Eugene BARNES, Defendant-Appellant.**

No. 16-6693

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2016

Decided: August 2, 2016

Eugene Brown, Appellant Pro Se. Zelda Elizabeth Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Barnes appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Barnes</u>, No. 1:11–cr–00023–IMK–1 (N.D.W. Va. Sept. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED